UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

GEORGE IVERSON, individually,

    Plaintiff,

vs.                              Case No. 04-12077-RWZ

SIMON PROPERTY GROUP, L.P.,
a Delaware limited partnership,

    Defendant.
_____

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jennifer Martin Foster as counsel for defendant Simon Property Group, L.P. in the above-captioned matter.

                Respectfully submitted,

                SIMON PROPERTY GROUP, L.P.

                By its attorneys,


                _____/s/ Jennifer Martin Foster_____
                Jennifer Martin Foster (BBO #644796)
                Kay B. Lee (BBO #647224)
                Greenberg Traurig LLP
                One International Place
                Boston, MA 02110
                (617) 310-6000

Co-Counsel:
Brian C. Blair, Esq.
Greenberg Truarig, P.A.
450 S. Orange Ave., Ste. 650
Orlando, FL 32801
(407) 420-1000

Dated: November 3, 2004

**CERTIFICATE OF SERVICE**

     I, Jennifer Martin Foster, hereby state that on November 3, 2004, I caused to be served a copy of the foregoing, by first class mail, postage prepaid, upon counsel for George Iverson, O. Oliver Wragg, Esq., Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181.

                                                                  /s/   Jennifer Martin_____
                                                   Jennifer Martin Foster

bos-srv01\152167v01