LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

| NEW YORK OFFICE | MAIN OFFICE | ATLANTA OFFICE |
|---|---|---|
| 22ND FLOOR<br>67 WALL STREET<br>NEW YORK, NY 10005-3111 | SUITE 609<br>12000 BISCAYNE BOULEVARD<br>NORTH MIAMI, FLORIDA 33181 | SUITE 100<br>1870 THE EXCHANGE<br>ATLANTA, GEORGIA 30339 |

DADE (305) 891-5199
BROWARD (954) 463-6570
FAX (305) 893-9505
E-MAIL: FFA@.FullerFuller.com

(Reply to: North Miami)
November 18, 2004

Ms. Lisa Urgo
The Hon. Rya W. Zobel
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

    Re    Iverson v. Simon; Case No. 04-12077-RWZ (Chestnut Hill Mall)

Dear Ms. Lovett:

    We have a scheduling conference in the above-referenced case, set for December 2, 2004 at 2:30 pm in Courtroom 12 before Judge Zobel.

    Would it be possible to have the hearing telephonically; if not then alternatively, would it be possible to change the scheduling conference date to the 7th or 9th of December, as one of our attorneys is scheduled to be in Boston on December 8, 2004. Opposing counsel has been contacted and has no objection to same.

                         Very truly yours,

                         FULLER, FULLER & ASSOCIATES, P.A.

                         By_____
                                John P. Fuller, Esquire

JPF:pmr

cc:    Jennifer Foster, Esq. *(Via fax 617-310-6001)*
        Brian Blair, Esq. *(Via fax 407-841-1295)*

LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

| NEW YORK OFFICE | MAIN OFFICE | ATLANTA OFFICE |
|---|---|---|
| 22ND FLOOR | SUITE 609 | SUITE 100 |
| 67 WALL STREET | 12000 BISCAYNE BOULEVARD | 1870 THE EXCHANGE |
| NEW YORK, NY 10005-3111 | NORTH MIAMI, FLORIDA 33181 | ATLANTA, GEORGIA 30339 |

DADE (305) 891-5199
BROWARD (954) 463-6570
FAX (305) 893-9505
E-MAIL: FFA@.FullerFuller.com

(Reply to: North Miami)
November 17, 2004

Ms. Zita Lovett
The Hon. Rya W. Zobel
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re    Iverson v. Simon; Case No. 04-12077-RWZ (Chestnut Hill Mall)

Dear Ms. Lovett:

We have a scheduling conference in the above-referenced case, set for December 2, 2004 at 2:30 pm in Courtroom 12 before Judge Zobel.

Our attorney will be in Boston on the 8th of December. We are wondering if you would be so kind as to change the scheduling conference date to the 7th or the 9th of December? Opposing counsel has been contacted and has no objection to same.

Very truly yours,

FULLER, FULLER & ASSOCIATES, P.A.

By_____
Jacqueline London, Paralegal

LAF:jl
cc:   Jennifer Foster, Esq.
      Brian Blair, Esq.

Zobel Judge ltr (jl 11-16-04).wpd