UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, individually, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SIMON PROPERTY GROUP, L.P.,<br>a Delaware limited partnership, and<br>WMACH, LLC, a Massachusetts Limited<br>Liability Company, | )   Case No. 04-12077-RWZ<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**AGAINST DEFENDANT SIMON PROPERTY GROUP, L.P.**

Plaintiff, George Iverson, Individually, and Defendant, Simon Property Group, L.P., a Delaware Limited Partnership, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action as against Defendant Simon Property Group, L.P. with prejudice, each party bearing its own fees and costs.

Nothing herein shall affect the pending action against Defendant WMACH, LLC, a Massachusetts Limited Liability Company.

Respectfully submitted,

| GEORGE IVERSON, Individually | SIMON PROPERTY GROUP, L.P |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ O. Oliver Wragg | /s/ Jennifer Martin Foster |
| O. Oliver Wragg (BBO #643152) | Jennifer Martin Foster (BBO #644796) |
| Fuller, Fuller and Associates, P.A. | Kay B. Lee (BBO #647224) |
| 12000 Biscayne Boulevard, Suite 609 | Greenberg Traurig LLP |
| North Miami, Florida 33181 | One International Place |
| (305) 891-5199 | Boston, MA 02110 |
| | (617) 310-6000 |

Co-Counsel:
Brian C. Blair, Esq.
Greenberg Truarig, P.A.
450 S. Orange Ave., Ste. 650
Orlando, FL 32801
(407) 420-1000

Dated: December 7, 2004

## CERTIFICATE OF SERVICE

I, Jennifer Martin Foster, hereby state that on December 7, 2004, I caused to be served a copy of the foregoing, by first class mail, postage prepaid and e-mail, upon counsel for George Iverson, O. Oliver Wragg, Esq., Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181.

/s/ Jennifer Martin Foster
Jennifer Martin Foster

bos-srv01\154217v01