UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
GEORGE IVERSON, individually,     )
                                           )  C. A. NO. 04-CV-12077 RWZ
              Plaintiff,               )
v.                                          )
                                           )
WMACH, LLC,                      )
                                           )
              Defendant.            )
_____)

**[PROPOSED] JOINT STATEMENT AND SCHEDULING ORDER
PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(D)**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), the parties submit the following joint statement in connection with the Scheduling Conference to be held on December 9, 2004:

1. <u>Matters to be Discussed at Conference</u>.  The parties will appear prepared to discuss the following issues:

    a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

    b. Anticipated dispositive and pre-trial motions;

    c. Alternative Dispute Resolution; and

    d. Settlement.

2. <u>Procedural Motions and other Pending Matters</u>.  There are no pending motions currently before the Court.

3. <u>Schedule for Discovery</u>.  The parties have agreed on the following discovery schedule:

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| Fed. R. Civ. P. 26(a)(1)(C)-(D) disclosures | **December 15, 2004** |
| Fed. R. Civ. P. 26(a)(1)(A)-(B) disclosures | **As required through the course of discovery** |
| Motion to Add Parties or to Amend Pleadings | **January 31, 2005** |
| Plaintiffs' Expert Reports | **May 2, 2005** |
| Defendant's Expert Reports | **June 1, 2005** |
| Close of Discovery | **July 1, 2005** |
| Summary Judgment Motions | **August 1, 2005** |
| All other Motions, including Motions *In Limine* | **October 12, 2005** |
| Final Pretrial Conference | **On or about November 9, 2005** |
| Trial | **On or about November 30, 2005** |
| Estimated Length of Trial | **3 days** |

4. Discovery Limits. The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery. Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

5. Settlement. The parties have agreed that settlement is likely, but do not at this time request a settlement conference before a Magistrate Judge.

6. Trial by Magistrate Judge. At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

7. <u>Budget and Alternative Dispute Resolution</u>.  Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution.  The parties are willing to participate in mediation in an attempt to resolve this matter and have agreed on, or will attempt to agree upon, a mutually acceptable mediator.  The parties have attached their certifications required pursuant to Local Rule 16.1(D)(3).

8. <u>Modification of Schedule</u>.  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Date:   December 7, 2004

Respectfully submitted,

**GEORGE IVERSON**
By his attorney,

  /s/  O. Oliver Wragg
O. Oliver Wragg, Esq. (BBO #643152)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
FFA@FullerFuller.com
Tel.: (305) 891-5199
Fax: (305)893-9505

Respectfully submitted,

**WMACH, LLC**
By its attorneys,

  /s/ Jennifer Martin Foster
Jennifer Martin Foster, Esq. (BBO #644796)
Kay B. Lee, Esq. (BBO #647224)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
FosterJe@GTLaw.com
Tel.: (617)310-6000
Fax: (617)310-6001

*Of Counsel*
Brian Blair, Esq.
Greenberg Traurig, P.A.
450 S. Orange Avenue, Suite 650
Orlando, FL 32801
BlairB@GTLaw.com
Tel.: 407-420-1000
Fax: 407-841-1295

bos-srv01\LEEKA\153845v01\12/7/04\83066.010100