IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, individually, | ) |
| Plaintiff, | ) C. A. NO. 04-CV-12077 RWZ-LPC |
| v. | ) |
| WMACH, LLC | ) |
| Defendant. | ) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and authorized representative of defendant WMACH, LLC ("WMACH") hereby certify that WMACH and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: December 6, 2002

WMACH, LLC                                    COUNSEL

By: /s/ Michael H. Freese                     By: /s/ Jennifer Martin Foster
Michael H. Freese, Esq.                       Jennifer Martin Foster, Esq. (BBO #644796)
115 W. Washington Street                      Kay B. Lee, Esq. (BBO #647224)
Indianapolis, IN  46204                       Greenberg Traurig LLP
                                              One International Place
                                              Boston, MA 02110
                                              FosterJe@GTLaw.com
                                              Tel.: (617)310-6000
                                              Fax: (617)310-6001