UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
GEORGE IVERSON, individually,      )
                                   )  C. A. NO. 04-CV-12077 RWZ
            Plaintiff,             )
v.                                 )
                                   )
WMACH, LLC                         )
                                   )
            Defendant.             )
_____)

**FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3 CERTIFICATION**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3 for the District of Massachusetts, defendant WMACH, LLC ("WMACH") hereby states that there are no parent corporations nor publicly held companies that own 10% or more of WMACH's stock.

Dated: December 7, 2004

                              Respectfully submitted,

                              WMACH, LLC,
                              By its attorneys,


                               /s/  Jennifer Martin Foster_____
                              Jennifer Martin Foster, Esq. (BBO #644796)
                              Kay B. Lee, Esq. (BBO #647224)
                              Greenberg Traurig LLP
                              One International Place
                              Boston, MA 02110
                              FosterJe@GTLaw.com
                              Tel.: (617) 310-6000
                              Fax: (617) 310-6001

## **CERTIFICATE OF SERVICE**

      I, Jennifer Martin Foster, hereby state that on December 7, 2004, I caused to be served a copy of the foregoing, by first class mail, postage prepaid, upon counsel for George Iverson, O. Oliver Wragg, Esq., Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181.


                                                  _____/s/   Jennifer Martin Foster_____
                                                  Jennifer Martin Foster