# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### JOHN PAUL FULLER

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **July 3, 1979**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this September 29, 2003.

By _Vickie Van Lith_
Deputy Clerk
_Clerk of the Supreme Court of Florida._


Exhibit A