IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>SIMON PROPERTY GROUP, L.P., a Delaware limited partnership, and WMACH, LLC, a Massachusetts Limited Liability Company,<br><br>Defendants. | CIVIL ACTION NO.: 04-CV-12077-RWZ |

### PLAINTIFF'S CERTIFICATION

George Iverson, and the undersigned counsel for said Plaintiff hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course - and various alternate courses - for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: 12/8/04

_____
George Iverson, Plaintiff

_____
O. Oliver Wragg, Esquire
of Counsel
Fuller, Fuller and Associates, P.A.