IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,           )
                                        )        CASE NO.: 04-CV-12077-RWZ-LPC
              Plaintiff,                )
                                        )
vs.                                     )
                                        )
SIMON PROPERTY GROUP, L.P., a           )
Delaware Limited Partnership, and       )
WMACH, LLC, a Massachusetts Limited     )
Liability Company,                      )
                                        )
              Defendants.               )

SUPPLEMENTAL FILING OF ATTORNEY JOHN P. FULLER'S
CERTIFICATE OF GOOD STANDING

COMES NOW, John P. Fuller, Esquire, attorney for Plaintiff George Iverson,

Individually and files this Supplemental Filing of Attorney John P. Fuller's Certificate of Good

Standing from the Florida Bar, dated December 9, 2004.

CERTIFICATE OF MAILING: I hereby certify that this document has been sent via e-

mail to Jennifer Foster Martin at FosterJe@GTLaw.com.


_____          _____
Date:  12/15/04                  John P. Fuller, Esquire
                                 Fuller, Fuller and Associates, P.A.
                                 12000 Biscayne Blvd., Suite 609
                                 North Miami, Florida 33181
                                 Tel: (305) 891-5199
                                 Fax: (305) 893-9505
                                 jpf@fullerfuller.com



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida        )

County of Leon        )

In Re:        276847
John Paul Fuller
Fuller Fuller & Associates, PA
12000 Biscayne Blvd., Ste. 609
North Miami, FL

**C**I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The
**O**Florida Bar.

**P**I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of
Florida indicate that said attorney was admitted to practice law in the State of Florida on July 3,
1979.

**Y**I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above
attorney is a member of The Florida Bar in good standing.

Dated this __9th__ day of December, 2004.


Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lpth7:R10