UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WMACH, LLC, a Massachusetts ) <br> Limited Liability Company, ) <br> ) <br> Defendant. ) | Case No. 04-12077-RWZ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, George Iverson, Individually, and Defendant, WMACH, LLC, a Massachusetts Limited Liability Company, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, each party bearing its own fees and costs, and all rights of appeal waived.

Respectfully submitted,

| GEORGE IVERSON | WMACH, LLC |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ O. Oliver Wragg | /s/ Jennifer Martin Foster |
| O. Oliver Wragg (BBO #643152) | Jennifer Martin Foster (BBO #644796) |
| Fuller, Fuller and Associates, P.A. | Greenberg Traurig LLP |
| 12000 Biscayne Boulevard, Suite 609 | One International Place |
| North Miami, Florida 33181 | Boston, MA 02110 |
| (305) 891-5199 | (617) 310-6000 |
| | |
| | Co-Counsel: |
| | Brian C. Blair, Esq. |
| | Greenberg Truarig, P.A. |
| | 450 S. Orange Ave., Ste. 650 |
| | Orlando, FL 32801 |
| | (407) 420-1000 |

Dated: July 5, 2005

2

## CERTIFICATE OF SERVICE

      I, Jennifer Martin Foster, hereby state that on July 5, 2005, I caused to be served a copy of the foregoing, by first-class mail, postage prepaid and e-mail, upon counsel for George Iverson, O. Oliver Wragg, Esq. and John P. Fuller, Esq., Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181.


                                            /s/   Jennifer Martin Foster
                                            Jennifer Martin Foster

bos-srv01\167030v01